# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **OPTIV SECURITY INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:24-cv-02596-DDC-GEB |
| | ) |
| **GUIDEPOINT SECURITY, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Optiv Security Inc. ("Plaintiff") and Defendant Joseph Hacker ("Defendant Hacker") and GuidePoint Security, LLC ("GuidePoint") ("collectively "the Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiff's claims brought in this action, in their entirety and with prejudice, against Defendant Hacker and GuidePoint in the above matter, the Parties to bear their own costs.

Respectfully submitted,

POLSINELLI PC

By: */s/ Isaac T. Caverly*
ROBERT J. HINGULA (#22203)
ISAAC T. CAVERLY (D. Kan. # 78968)
900 W. 48th Place, Suite 900
Kansas City, Missouri  64112
(816) 753-1000
Fax:  (816) 753-1536
rhingula@polsinelli.com
icaverly@polsinelli.com

ATTORNEYS FOR PLAINTIFF OPTIV SECURITY INC.

2

By: */s/ Micala Bernardo*
Stephen J. Torline
Michael T. Crabb
Kuckelman Torline Kirkland
10740 Nall Avenue, Suite 250
Overland Park, KS  66211
913-948-8610
Fax: 913-948-8611
storline@ktk-law.com
mcrabb@ktk-law.com

Marc D. Katz (admitted *pro hac*)
Micala Bernardo (admitted *pro hac*)
DLA Piper LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, TX  75201
214-743-4500
Fax:  214-743-4550
Marc.katz@us.dlapiper.com
Micala.bernardo@us.dlapiper.com

Vani Parti (admitted *pro hac*)
DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA  92121-2133
619-699-2722
Fax:  619-764-6652
Vani.parti@us.dlapiper.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (___) United States Mail, postage prepaid; (_XX_) ECF Notification System; and/or (____) E-mail this _14th_ day of _April_, 2025, to all parties of record.

2